**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jianjia Chen

                                                    Plaintiff,

v.                                                                  Case No.:
                                                                    1:26–cv–01894

                                                                    Honorable Jorge L.
                                                                    Alonso

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 4, 2026:

        MINUTE entry before the Honorable Jorge L. Alonso: On May 29, 2026, the Seventh Circuit issued an opinion holding that where the Hague convention applies, it prohibits service of process by email. Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co., No. 25–2205, 2026 WL 1502198, at *5 (7th Cir. May 29, 2026). The Hague convention "shall apply in all cases, in civil or commercial matters, where there is occasion to transmit a judicial or extrajudicial document for service abroad" and "shall not apply where the address of the person to be served with the document is not known." 20 U.S.T. at 362. To show that the Hague Convention does not apply, a Plaintiff must demonstrate that they have made reasonably diligent efforts to ascertain the address of the Defendant, and those efforts have been unsuccessful. See, e.g., Kangol, 2026 WL 1502198, at *5 (7th Cir. May 29, 2026); NBA Props., Inc. v. P'ships and Unincorporated Ass'ns Identified in Schedule "A&qu;ot;, 549 F. Supp. 3d 790, 796 (N.D. Ill. 2021). Plaintiff's motion for alternative service in this case did not establish reasonable diligence. Instead, it argued, without supporting evidence, such as a declaration, that similar sellers frequently provide false information to conceal their identities, few of these Defendant stores displayed addresses publicly, and that transaction platforms do not verify addresses. (See generally, ECF No. 9.) Plaintiff provides no clear information as to what was done to determine the address of any particular Defendant or whether the efforts were reasonable. In fact, the Plaintiff purports to know the address for at least two of the Defendants in a later filing. (ECF No. 53 at 4.) Accordingly, on the current record, the Court cannot find that the Defendants were properly served and grants the Defendants' motions to dismiss the complaint [66] [87] without prejudice and denies Defendant's motion to strike [96] as moot. For the same reasons, Defendants' motions to vacate the entry of default [86] [88] are granted. The Court strikes and resets the 6/25/26 status hearing to 6/11/26 at 9:30 AM. The preliminary injunction and temporary restraining order previously entered in this case will expire after that hearing unless extended by the Court. By 6/9/26 the parties shall file a status report with their competing positions on the next steps in this case in light of this order and whether the TRO and preliminary injunction should extend past the hearing. Members of the public and media will be able to call in to listen to this hearing. The

call–in number is 650–479–3207 and the access code is 1804010308. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.