**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jianjia Chen

                      Plaintiff,

v.                                    Case No.:
                                    1:26–cv–01894

                                    Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: For the reasons mentioned in the Court's 6/4/26 order, the Court dismisses Plaintiff's complaint against all Defendants that have appeared to date without prejudice for inadequate service of process. The Court has considered Plaintiff's arguments concerning waiver but rejects them because the Court previously determined in this case that the Hague Convention did not prohibit email service and because the change in binding law occurred very recently. And to date, the Plaintiffs have not established that any of the appearing Defendants' addresses were unknowable with reasonable diligence. As such, the Court vacates the TRO and preliminary injunction previously entered against these Defendants. Venezia v. Robinson, 16 F.3d 209, 211 (7th Cir. 1994) ("A preliminary injunction cannot survive the dismissal of a complaint."). Plaintiff shall provide notice to any entity currently freezing these Defendants funds by 6/11/26. The 6/11/26 and 6/17/26 hearings are stricken. Plaintiff shall submit a status report by 6/24/26 proposing next steps in the case. The pending motions [47] [110] [113] [114] are denied as moot. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.