### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Jianjia Chen,<br><br>   Plaintiff,<br><br>v.<br><br>The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule "A",<br><br>   Defendants. | Case No. 1:26-cv-1894<br><br><br>Complaint Filed:  February 19, 2026 |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Jianjia Chen ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action with prejudice as to the following Defendant:

| Defendant No. | Defendant Name |
|---|---|
| 34 | Miluxas store(Seller ID: 101217933) |

Dated: June 12, 2026

          Respectfully submitted

            By: /s/ _Marjorie Ouyang_____
            Marjorie Ouyang
            **Valley & Summit Law**
            One Park Plaza, #600
            Irvine, CA 92614

            *Attorney for Plaintiff*
            *Jianjia Chen*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Dated: June 12, 2026                                    Respectfully submitted

                                                    By: /s/ *Marjorie Ouyang*
                                                    Marjorie Ouyang
                                                    **Valley & Summit Law**
                                                    One Park Plaza, #600
                                                    Irvine, CA 92614

                                                    *Attorney for Plaintiff*
                                                    *Jianjia Chen*

2